**E-FILED**
Friday, 27 October, 2006 02:54:20 PM
Clerk, U.S. District Court, ILCD

CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT
### IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☑ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

IN THE CASE OF

*U.S* v.s. *Phillip Scott*

FOR

AT **FILED**

**FILED**
OCT 27 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

LOCATION NUMBER ▶

PERSON REPRESENTED (Show your full name) ▶
*Phillip Scott JR.*

CHARGE/OFFENSE (describe if applicable & check box →)   ☐ Felony   ☐ Misdemeanor

1 ☑ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate

District Court

Court of Appeals

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**

Are you now   ☐ Yes   ☒ No   ☐ Am Self-Employed

Name and address of employer: _____

IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment
How much did you earn per month? $ _____

If married is your Spouse employed?   ☒ Yes   ☐ No
IF YES, how much does your Spouse earn per month? $ *9 an hour?*   If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?   ☐ Yes   ☑ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED $ _____   SOURCES _____

**CASH**

Have you any cash on hand or money in savings or checking accounts?   ☐ Yes   ☑ No   IF YES, state total amount $ _____

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   ☑ Yes   ☐ No   (*) *3805-11 Ave. Moline, IL (purchasing home - #79,500 bal*

IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE (*) *1998 Dodge Caravan #230 per mo pymt./*
DESCRIPTION
(*) *1996 Ford Explorer (paid off) value unknown*   *#7,000 loan bal.*

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
☐ SINGLE
☑ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents

List persons you actually support and your relationship to them
*2 step-children @ residence*
*1 son @ residence*

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| *mortgage* | | $ | $ |
| *Dodge Caravan payment* | | $ | $ |
| *utilities* | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) *October 27, 2006*

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶   *S/Phillip Scott Jr.*

*Filled in by U.S. P.O. Mary J. Seaton-Ewers & reviewed by Phillip Scott, JR.*