# United States District Court

| CENTRAL | DISTRICT OF | ILLINOIS |

FILED
NOV 8 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**

vs.

**PHILLIP SCOTT, JR.,**

WARRANT FOR ARREST

CASE NO. 06-6429M

TO:  THE UNITED STATES MARSHAL and any
AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest _____Phillip Scott, Jr._____, and bring him
                                              Name

forthwith to the nearest magistrate to answer a complaint, charging:

### COUNT ONE
### (POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME)

On or about October 26, 2006, in Rock Island County, in the Central District of Illinois, and elsewhere, the defendant,

**PHILLIP SCOTT, JR.,**

did knowingly possess a firearm, that is, a Glock 9 mm semi-automatic pistol, in furtherance of a drug trafficking crime which is a felony prosecutable in a court of the United States, that is, the violations of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), set forth in Count Two of this Complaint,

all in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

### COUNT TWO
### (POSSESSION WITH INTENT TO DISTRIBUTE COCAINE)

On or about October 26, 2006, in Rock Island County, in the Central District of Illinois, and elsewhere, the defendant,

**PHILLIP SCOTT, JR.,**

did knowingly and intentionally possess with intent to distribute a mixture and substance containing cocaine, a Schedule II controlled substance,

all in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT THREE
### (ATTEMPT TO DISTRIBUTE COCAINE)

On or about October 26, 2006, in Rock Island County, in the Central District of Illinois, and elsewhere, the defendant,

**PHILLIP SCOTT, JR.,**

did attempt to commit an offense under Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), that is, to knowingly distribute a mixture and substance containing a detectible amount of cocaine, a Schedule II controlled substance,

all in violation of Title 21, United States Code, Section 846.

## COUNT FOUR
### (FELON IN POSSESSION OF A FIREARM)

On or about October 26, 2006, at Rock Island, in Rock Island County, in the Central District of Illinois, the defendant,

**PHILLIP SCOTT, JR.,**

having been previously convicted under the laws of the State of Iowa the crimes of First Degree Burglary, Second Degree Kidnaping, Third Degree Sex Abuse, and Going Armed with Intent, all crimes punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm which had previously traveled in interstate commerce, that is, a Glock 9 mm semi-automatic pistol,

all in violation of Title 18, United States Code, Sections 922(g) and 924(a)(2).

---

| | |
|---|---|
| Thomas J. Shields | U.S. Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| | |
| S/Thomas J. Shields | October 27, 2006 at Davenport, Iowa |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ __Pre-Trial Detention__ by __Thomas J. Shields, U.S. Magistrate Judge__
                                        Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _Moline, IL_

| Date Received 11/01/06 | Name of Arresting Officer _Russ Coulter_ | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 10/26/06 | Title of Arresting Officer _DEA S/A_ | S/Larry Hollis |